ORDER:
The motion is **GRANTED**.

*Alistair Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

RECEIVED
in Clerk's Office
AUG 09 2022
U.S. District Court
Middle District of TN

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

John Doe,

    Plaintiff,

v.                                  Case No 3:22CV566

State of Tennessee;

Hon. Suzanne Lockert-Mash,
In her official capacity as Chancellor of the Dickson County Chancery Court; and

Corrine Nichole Oliver,

Defendants.

### Motion to File via CM/ECF System

Plaintiff John Doe MOVES THE COURT for an order granting him permission to file, receive service, and serve parties so servable via the CM/ECF system.

Respectfully submitted,
August 4, 2022

*John Doe*
_____
John Doe, Pro se

John Doe
c/o Current Resident
103 Cypress Ct
White House, TN 37188
johndoeplaintiff@gmail.com

### Certificate of Service

I certify that on August 4, 2022 I served this document on Corrine Oliver via USPS first class mail addressed to Corrine Oliver, 4158 Hwy 96, Burns TN 37029 and upon the State of Tennessee and Hon. Suzanne Lockert Mash (in an official capacity) addressed to Tennessee Attorney General and Reporter, PO Box 20207, Nashville, TN 37202-0207.

*John Doe*
_____
John Doe, Pro se