UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Case No. 3:22-cv-00566 |
| v. | Judge William L. Campbell, Jr. |
| | Magistrate Judge Alistair E. Newbern |
| STATE OF TENNESSEE, et al., | |
| Defendants. | |

## **ORDER**

On August 24, 2022, Defendants State of Tennessee and Judge Suzanna Lockert-Mash filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(1). (Doc. No. 23.) Under this Court's Local Rule 7.01(a)(3), the plaintiff shall file any response in opposition to the motion to dismiss no later than fourteen days after being served with the motion. M.D. Tenn. R. 7.01(a)(3) (response). The defendants may file an optional reply, limited to five pages, within seven days after service of the response. M.D. Tenn. R. 7.01(a)(4) (reply). If service is made by mail, three days are added to the time period for response or reply in accordance with Federal Rule of Civil Procedure 6. *See* Fed. R. Civ. P. 6(d).

The plaintiff is warned that failure to file a timely response in opposition to the motion to dismiss may result in a recommendation that the motion be granted as unopposed or the action be dismissed for failure to prosecute. *See* M.D. Tenn. R. 7.01(a)(3) (response).

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge