IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

John Doe,

    Plaintiff,

v.                                             Case No 3:22CV566

State of Tennessee;

Hon. Suzanne Lockert-Mash,
In her official capacity as Chancellor of the Dickson County Chancery Court; and

Corrine Nichole Oliver,

Defendants.

## Motion to File Under Seal

Pursuant to Fed. R. Civ Pro. R. 5.2(d), Plaintiff John Doe MOVES THE COURT to file the following documents relevant to the proceedings under seal:

>Transcript of Aug 4, 2022 Order of Protection Hearing (in Dickson County Chancery Court).

The court's ruling on the Order of Protection extension is primarily contained at pages 24-28.

This document name John Doe, children, and innocent third parties *passium*. As a result, these documents would have to be heavily redacted to be made publicly available.

Respectfully submitted,
August 26, 2022

                                                      John Doe, Pro se

John Doe
c/o Current Resident
103 Cypress Ct
White House, TN 37188
johndoeplaintiff@gmail.com

### Certificate of Service

I certify that on August 26, 2022, I served this document and the entirety of the documents under seal on Corrine Oliver via Our Family Wizard, in accordance with the conditions of the State of Tennessee order of protection, as well as upon the State of Tennessee and Hon. Suzanne Lockert-Mash (in an official capacity) on AAG Jordan Crews via email to Jordan.Crews@ag.tn.gov.

                                                      John Doe, Pro se